Pro Se 5 (Rev. 12/16) Complaint for a Civil Case Alleging Negligence

# UNITED STATES DISTRICT COURT
for the
_____ District of _____

_____ Division

Renee Johnson

Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

J.P. Morgan Chase Banking Corp.

Defendant(s)
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Case No. 6:21-cv-837
(to be filled in by the Clerk's Office)

Jury Trial: (check one)  ☐ Yes  ☒ No

FILED 2021 MAY 13 PM 2:39 US DISTRICT COURT MIDDLE DISTRICT OF FLORIDA ORLANDO, FLORIDA

## COMPLAINT FOR A CIVIL CASE ALLEGING NEGLIGENCE
(28 U.S.C. § 1332; Diversity of Citizenship)

**I.  The Parties to This Complaint**

**A.  The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Renee Johnson
Street Address: 2875 S. Orange Ave. #500-205
City and County: Orlando - Orange County
State and Zip Code: Florida 32806
Telephone Number: 1-858-373-8101
E-mail Address:

**B.  The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Pro Se 5 (Rev. 12/16) Complaint for a Civil Case Alleging Negligence

Defendant No. 1
Name  J.P. Morgan Chase Banking + Corp.
Job or Title (if known)  Headquarters Office - Legal Dept.
Street Address  270 Park Ave.
City and County  New York - Borough County
State and Zip Code  New York 10017
Telephone Number  1-212-270-11111 or
E-mail Address (if known)  1-212-270-6000

Defendant No. 2    " corporation "    "
Name
Job or Title (if known)
Street Address
City and County
State and Zip Code
Telephone Number
E-mail Address (if known)

Defendant No. 3    "                                    "
Name
Job or Title (if known)
Street Address
City and County
State and Zip Code
Telephone Number
E-mail Address (if known)

Defendant No. 4    "                                    "
Name
Job or Title (if known)
Street Address
City and County
State and Zip Code
Telephone Number
E-mail Address (if known)

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Under 28 U.S.C. § 1332, federal courts may hear cases in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000. In that kind of case, called a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff. Explain how these jurisdictional requirements have been met.

### A. The Plaintiff(s)

1. If the plaintiff is an individual
   The plaintiff, (name) __Renee Johnson__, is a citizen of the State of (name) __Florida__.

2. If the plaintiff is a corporation
   The plaintiff, (name) _____, is incorporated under the laws of the State of (name) _____,
   and has its principal place of business in the State of (name) _____.

(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)

### B. The Defendant(s)

1. If the defendant is an individual
   The defendant, (name) _____, is a citizen of the State of (name) _____. Or is a citizen of (foreign nation) _____.

2. If the defendant is a corporation
   The defendant, (name) __J.P. Morgan Chase Banking + Corp.__, is incorporated under the laws of the State of (name) __New York, NY - Headquarters__, and has its principal place of business in the State of (name) __New York - NY Office__.
   Or is incorporated under the laws of (foreign nation) _____,
   and has its principal place of business in (name) __And National And International Business__

(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)

### C. The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because (explain):
__Torts - Negligence Corporate — And — Personal Injury To Plaintiff__ (On Other Pages) Enclosed Are Case Explanatories

Page 3 of 5

Pro Se 5 (Rev. 12/16) Complaint for a Civil Case Alleging Negligence

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed. 32/14

On (date) April 9th 2021, at (place) 8 W. International Speedway Blvd., — Volusia County — Daytona Beach Fl. the defendant(s): (1) performed acts that a person of ordinary prudence in the same or similar circumstances would not have done; or (2) failed to perform acts that a person of ordinary prudence would have done under the same or similar circumstances because (describe the acts or failures to act and why they were negligent) J.P. Morgan Chase Banking Corp. Branch Where Injury And Corp. Negligence Occured, To Plaintiff. RG (Pictures Included In This Case Filing And Attachments)

The acts or omissions caused or contributed to the cause of the plaintiff's injuries by (explain)

The Pictures Of The Cause Are In This Filing Case. Also, Bodily Injury To Plaintiff RG Attachments. (And Pain And Suffering To Plaintiff.)

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Negligence, I Was At Place Of Injury On April 9th 2021 — I Went Back April 20th 2021 Neglience — They Did Not Fix The Door. Pictures In This Case File.

Also, I Have Been In Pain And To Two Hospitals For Help Of Injury And Pain. (Attachments In This Filing.) RG

Page 4 of 5

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: May 10th 2021

Signature of Plaintiff: Renee Kay Johnson
Printed Name of Plaintiff: Renee Kay Johnson

### B. For Attorneys

Date of signing: May 10th 2021

Signature of Attorney: Plaintiff - In Pro-per
Printed Name of Attorney: Renee Kay Johnson
Bar Number:
Name of Law Firm: In-Pro-per - Plaintiff
Street Address: 2875 S. Orange Ave. St 500-205
State and Zip Code: Florida, 32806
Telephone Number: 1-858-373-8101
E-mail Address:

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the
_____ District of _____

_____ Division

Renee Johnson
) Case No. 6:21-cv-837
) (to be filled in by the Clerk's Office)
)
Plaintiff(s)
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

) Jury Trial: *(check one)* ☐ Yes ☒ No

-v-

J.P. Morgan Chase Banking & Corp.

Defendant(s)
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

## COMPLAINT FOR A CIVIL CASE

I. The Parties to This Complaint

   A. The Plaintiff(s)

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: Renee Johnson
   Street Address: 2875 S. Orange Ave. #500-205
   City and County: Orlando, Florida (Orange County)
   State and Zip Code: Florida 32806
   Telephone Number: 1-858-373-8101
   E-mail Address:

   B. The Defendant(s)

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1
- Name: J.P. Morgan Chase Banking & Corp.
- Job or Title (if known): Headquarters Office – Legal Dept.
- Street Address: 270 Park Ave.
- City and County: New York – Borough County
- State and Zip Code: New York 10017
- Telephone Number: 1-212-270-1111 or 1-212-270-6000
- E-mail Address (if known):

— in Corp. —

Defendant No. 2
- Name: "                                        "
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Defendant No. 3
- Name: "                                        "
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Defendant No. 4
- Name: "                                        "
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question      ☒ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual
       The plaintiff, *(name)* Renee Johnson, is a citizen of the State of *(name)* Orlando, Florida.

    b. If the plaintiff is a corporation No
       The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,
       and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual No Corp.
       The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

    b.     If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* New York – Headquarters and has its principal place of business in the State of *(name)* NationWide – Office.

Or is incorporated under the laws of *(foreign nation)* No,

and has its principal place of business in *(name)* United States – And International –

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.     The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

– Bodily Injury To Plaintiff – Pain And Suffering Negligence Of Corp. To Fix The Problem Of The Cause.

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

I The Plaintiff – Renee Johnson Have Included – Dates Of Cause And Cause Of Negligence Of Corp. – And All Aspects Of Claim Involved, On Seperate Pages Included In This Filing. RJ

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages. Included In This Filing Are Additional Pages Of Case Of Plaintiffs, Right Of Sought Claim Under – Negligence Of Corporation And Prolonging Pain And Suffering Bodily. The Relief – Total Being Claimed Is 100,000 By The Plaintiff. RJ

May 10th 2021

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: May 10th 2021

Signature of Plaintiff: Renee Kay Johnson
Printed Name of Plaintiff: Renee Kay Johnson

### B. For Attorneys

Date of signing: May 10th 2021

Signature of Attorney: Plaintiff - Renee Kay Johnson
Printed Name of Attorney: In-Pro-per
Bar Number:
Name of Law Firm: In Pro-Per-Plaintiff
Street Address: 2875 S. Orange Ave. St.500-205
State and Zip Code: Florida, 32806
Telephone Number: 1-858-373-8101
E-mail Address:

– Pleading Page –

Renee Johnson – Plaintiff
J.P. Morgan Chase Banking Corp.
– Defendants

To: United States District – Middle Court Of Florida
401 West Central Blvd.
Orlando, Florida 32801

1. I, The Plaintiff Am Submitting This
2. Case To The Court On Behalf Of Myself,
3. And Public Safety. The Defendants Have
4. Appx. 7000 Locations Nationwide. And
5. Internationally. They May Be As Negligent
6. At Some Of The Other Locations To.
7. After The Injury The Location Gave To Me,
8. The Plaintiff, R.J. The Camera's In The Bank Saw,
9. And The Bank Mang. When I Went Back, They
10. Still Hadn't-Repaired Or Fixed The Cause Of Injury.

This Is – Plaintiff Pleading

From: Plaintiff – Renee Johnson
2875 S. Orange Ave. $500 – #205
Orlando, Florida, Orange County